1
2
3
4
5        UNITED STATES DISTRICT COURT
6        NORTHERN DISTRICT OF CALIFORNIA

7  SARA G. MAURER,                              No. C 08-4109 WDB

8         Plaintiff,                             NOTICE OF IMPENDING
                                                 REASSIGNMENT TO A UNITED
9     v.                                         STATES DISTRICT COURT
                                                 JUDGE
10 RELIANCE STANDARD LIFE
11 INSURANCE COMPANY,

12        Defendants.
13 _____/

14        The Clerk of this Court will now randomly reassign this case to a United States District
15 Judge because one or more of the parties has requested reassignment to a United States District
16 Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case
17 management conference set for December 3, 2008, at 4:00 p.m. is vacated.
18
19 Dated:  September  2,                         Richard W. Wieking, Clerk
20 2008                                          United States District Court
21
                                                 *Sarah Weinstein* (signature)
22
23                                               By:  SarahWeinstein
24                                                    Law Clerk/Deputy Clerk
25
   G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd
26
27
28