| | |
|---|---|
| 1 | Horace W. Green (SBN 115699) |
| 2 | C. Mark Humbert (SBN 111093)<br>GREEN & HUMBERT |
| 3 | 220 Montgomery Street, Suite 438<br>San Francisco, California 94104 |
| 4 | Telephone: (415) 837-5433<br>Facsimile:  (415) 837-0127 |

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA G. MAURER,<br><br>        Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; MICHAEL S. BOWLES; and DOES 1 through 20,<br><br>        Defendants. | Case No. 4:08 cv-04109 MMC<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Defendants Reliance Standard Life Insurance Company and Michael S. Bowles hereby submit the following Certificate of Interested Entities or Persons:

**CETIFICATE OF INTERESTED ENTITIES OR PERSONS**

The undersigned counsel of record for Defendants certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case.  These representations are made in order to enable the Court to make an evaluation regarding possible disqualification or recusal.

        1.     Reliance Standard Life Insurance Company

        2.     Reliance Standard Life Insurance Company of Texas

        3.     Delphi Financial Group, Inc.

        4.     Sara G. Maurer

1  Reliance Standard Life Insurance Company is part of Reliance Standard Life
2  Insurance Company of Texas, and is owned by Delphi Financial Group, Inc.

DATED:  September 3, 2008

GREEN & HUMBERT

By: __/s/ Horace W. Green_____
     Horace W. Green

Attorneys for Defendants
RELIANCE STANDARD LIFE
INSURANCE CO. and MICHAEL S.
BOWLES