1  Arnold R. Levinson    (State Bar No. 066583)
   Rebecca Grey          (State Bar No. 194940)
2  Joel P. Waelty        (State Bar No. 226728)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid, 600 Montgomery St., 31st Floor
   San Francisco, California 94111
4  Telephone: (415) 433-8000
   Facsimile:  (415) 433-4816
5  Email:   alevinson@pillsburylevinson.com
            rgrey@pillsburylevinson.com
6           jwaelty@pillsburylevinson.com

7  Attorneys for Plaintiff,
   SARA G. MAURER

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 SARA G. MAURER,              )   Case No.  CV-08-04109-MMC
                                )
13             Plaintiff,       )   **STIPULATION AND [PROPOSED]**
                                )   **ORDER CONTINUING THE DEADLINE**
14 v.                           )   **TO FILE PLAINTIFF'S MOTION TO**
                                )   **REMAND**
15 RELIANCE STANDARD LIFE       )
   INSURANCE COMPANY; MICHAEL   )
16 S. BOWLES; and DOES 1 through 20, )
   inclusive,                   )
17                              )
             Defendants.        )
18 _____ )

19

20     Plaintiff Sara Maurer ("Plaintiff"), and Defendants Reliance Standard Life Insurance

21 Company and Michael Bowles ("Defendants"), by and through their respective counsel of

22 record, hereby stipulate and agree as follows:

23     1.     Plaintiff's Complaint was filed on July 15, 2008 and Defendants' Notice of

24 Removal was filed on August 28, 2008.

25     2.     Plaintiff and Defendants are meeting and conferring to determine and clarify

26 jurisdictional issues potentially relevant to a Motion to Remand by Plaintiff.  The parties agree

27 and stipulate that to the extent that Plaintiff seeks to raise claims based upon procedural defects

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-1-

1  in the removal in a remand motion which must be raised within 30 days, such 30-day deadline

2  is extended 30 days, or from September 29, 2008 to October 29, 2008.

3          3.          Accordingly, the parties agree that an extension of Plaintiff's deadline to move

4  for remand based upon procedural defects is hereby extended to October 29, 2008.

5

6  DATED:  September 26, 2008                    PILLSBURY & LEVINSON, LLP

7

8                                               By:        _____/s/_____
                                                           Rebecca Grey
9                                                          Attorneys for Plaintiff
                                                           SARA G. MAURER
10

11

12  Dated:  September 26, 2008                   GREEN & HUMBERT

13

14                                              By:        _____
                                                           Horace W. Green
15                                                         Attorneys for Defendant
                                                           RELIANCE STANDARD LIFE INSURANCE
16                                                         COMPANY

17

18                                              **ORDER**

19          IT IS SO ORDERED.

20

21  Dated:  _____                 _____
                                                Maxine M. Chesney
22                                              Judge of the United States District Court

23

24

25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

Stipulation and [Proposed] Order Continuing Deadline to File Motion to Remand          Case No. 3:08-cv-04109-MMC

1  in the removal in a remand motion which must be raised within 30 days, such 30-day deadline

2  is extended 30 days, or from September 29, 2008 to October 29, 2008.

3       3.      Accordingly, the parties agree that an extension of Plaintiff's deadline to move

4  for remand based upon procedural defects is hereby extended to October 29, 2008.

6  DATED:  September ___, 2008            PILLSBURY & LEVINSON, LLP

8                            By: _____

9                               Rebecca Grey
                                Attorneys for Plaintiff
10                              SARA G. MAURER

12  Dated: September 26 2008               GREEN & HUMBERT

14                           By: _____
                                Horace W. Green
15                              Attorneys for Defendant
16                              RELIANCE STANDARD LIFE INSURANCE
                                COMPANY

18                            **ORDER**

19       IT IS SO ORDERED.

21  Dated: September 29, 2008        _____
                                     Maxine M. Chesney
22                                   Judge of the United States District Court

-2-