Arnold R. Levinson (SBN 66583)
Terrence J. Coleman (SBN 172183)
Rebecca Grey (SBN 194940)
Joel P. Welty (SBN 226728)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

Attorneys for Plaintiff
SARA G. MAURER

Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE CO.
and MICHAEL S. BOWLES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA G. MAURER, | ) Case No. C-08-04109  MMC |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER RE:** |
| v. | ) **AMENDING THE PLEADINGS; SETTING** |
| | ) **DEADLINE TO FILE AMENDED COMPLAINT** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY; MICHAEL S. BOWLES; and DOES 1 through 20, | ) |
| Defendants. | ) |

Plaintiff Sara G. Maurer ("Plaintiff") originally filed this Action in the Superior Court of the State of California for the County of Marin, alleging state law causes of action for breach of contract, breach of the covenant of good faith and fair dealing, fraud, negligent misrepresentation, breach of fiduciary duty, and professional

negligence.  Defendants Reliance Standard Life Insurance Company and Michael S. Bowles ("Defendants") removed this Action to the District Court for the Northern District of California, and answered the Complaint, alleging *inter alia* that Plaintiff's state law claims are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*

In order to facilitate further prosecution of this Action, the parties hereby stipulate that the pleadings may be amended as follows:

1. Plaintiff's Complaint on file herein may be deemed to allege claims for relief as provided under 29 U.S.C. §§ 1132 (a)(1)(B) and (a)(3), including claims for ERISA benefits, attorney's fees, and other appropriate equitable relief.

2. Defendants' Answer on file herein may be deemed to dispute all material allegations of the Complaint; to dispute that Plaintiff's Complaint states a viable claim for relief under 29 U.S.C. §§ 1132 (a)(1)(B) and/or (a)(3); and to dispute that Plaintiff is entitled to any relief or recovery in this Action.

3. Michael S. Bowles is hereby dismissed with prejudice as a defendant in this Action.

4. The Law Offices of Sara G. Maurer Long Term Disability Plan is hereby added as a Defendant with respect to Plaintiff's claim for ERISA benefits.

DATED:  November 25, 2008          PILLSBURY & LEVINSON

                                   By:  **/s/ Rebecca Grey**
                                        Rebecca Grey

                                   Attorneys for Plaintiff
                                   SARA G. MAURER

DATED:  November 25, 2008          GREEN & HUMBERT

                                   By:  **/s/ Horace W. Green**
                                        Horace W. Green

                                   Attorneys for Defendants
                                   RELIANCE STANDARD LIFE
                                   INSURANCE CO. and MICHAEL S.
                                   BOWLES

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing, the Court hereby **ORDERS** as follows:

1. Plaintiff's Complaint on file herein may be ~~deemed~~ *amended* to allege claims for relief as provided under 29 U.S.C. §§ 1132 (a)(1)(B) and (a)(3), including claims for ERISA benefits, attorney's fees, and other appropriate equitable relief.

2. Defendants' Answer on file herein may be deemed to dispute all material allegations of the *Amended* Complaint; to dispute that Plaintiff's Complaint states a viable claim for relief under 29 U.S.C. §§ 1132 (a)(1)(B) and/or (a)(3); and to dispute that Plaintiff is entitled to any relief or recovery in this Action.

3. Michael S. Bowles is hereby dismissed with prejudice as a defendant in this Action.

4. The Law Offices of Sara G. Maurer Long Term Disability Plan ~~is hereby~~ *may be* added as a Defendant with respect to Plaintiff's claim for ERISA benefits.

5. Plaintiff's Amended Complaint shall be filed on or before December 19, 2008.

Dated: November 26, 2008

_____
Maxine M. Chesney
United States District Court Judge