1 Horace W. Green (SBN 115699)
2 C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
3 220 Montgomery Street, Suite 1418
San Francisco, California 94104
4 Telephone: (415) 837-5433
Facsimile: (415) 837-0127

5 Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE CO.
6 And THE LAW OFFICES OF SARA G. MAURER
LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA G. MAURER, | Case No. CV 08-04109 MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEF |
| vs. | [Local Rule 7-11] |
| RELIANCE STANDARD LIFE INSURANCE COMPANY; THE LAW OFFICES OF SARA G. MAURER LONG TERM DISABILITY PLAN, | |
| Defendants | |

Having reviewed the Motion of Defendants for leave to file oversized brief, and the Declaration of Horace W. Green in support thereof, and noting the representation of counsel that the Motion is unopposed, and good cause appearing,

IT IS HEREBY ORDERED that Defendants be, and hereby are, granted leave to file a combined Memorandum of Points ~~and Authorities in Support of Motion for Judgment not to exceed 40 pages in length.~~ and Authorities in Support of Defendants' Cross-Motion for Judgment and in Opposition to Plaintiff's Motion for Judgment not to exceed 40 pages in length.

[proposed] Order Granting Leave to File Oversized Brief
Case No. C 08-05109 MMC

1  IT IS FURTHER ORDERED

2  that Plaintiff is granted leave to file a combined Opposition/Reply Brief not to exceed

3  40 pages in length.

4

5  Dated: October 14, 2009

6  Maxine M. Chesney
   United States District Judge