IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA G. MAURER, | No. C-08-4109 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON CROSS-MOTIONS FOR JUDGMENT** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, et al. | |
| Defendants | |

Before the Court are (1) plaintiff Sara G. Maurer's Motion for Judgment, filed September 25, 2009, and (2) defendants Reliance Standard Life Insurance Company and The Law Offices of Sara G. Maurer Long Term Disability Plan's Cross-Motion for Judgment, filed October 9, 2009. The motions have been fully briefed.[1] Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for November 20, 2009.

**IT IS SO ORDERED.**

Dated: November 17, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Pursuant to a stipulated order dated October 14, 2009, briefing on the cross-motions was consolidated such that a total of three briefs were filed addressing both motions.