IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARA G. MAURER,

        Plaintiff,

  v.

RELIANCE STANDARD LIFE INSURANCE COMPANY; THE LAW OFFICES OF SARA G. MAURER LONG TERM DISABILITY PLAN,

        Defendants.
                                   /

No. CV-08-4109 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court finds RSL's termination of Maurer's benefits was not an abuse of discretion. Accordingly, RSL's Cross-Motion for Judgment is GRANTED and Maurer's Motion for Judgment is hereby DENIED.

Dated: April 4, 2011                                      Richard W. Wieking, Clerk

                                                                           By: <u>Tracy Lucero</u>
                                                                           <u>Deputy Clerk</u>